IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01077-MSK-MJW

DR. TANIA ORZYNSKI, and individual,

Plaintiff,

v.

JOHN DOE,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Amended Motion for Order Authorizing Discovery From AOL LLC and Requiring Preservation of Evidence (Docket No. 12) is granted. Accordingly, plaintiff shall be permitted to serve the subpoena *duces tecum* on AOL LLC (Docket No. 12-2). It is further

**ORDERED** that AOL LLC shall preserve the documents responsive to said subpoena (Docket No. 12-2) until further order of the court or until produced to the plaintiff.

Date: June 26, 2008