IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01077-MSK-MJW

DR. TANIA ORZYNSKI, an individual,

Plaintiff
v.

JOHN DOE,

Defendant.

---

### ORDER AUTHORIZING DISCOVERY FROM QWEST COMMUNICATIONS CORPORATION IP SERVICES, COMCAST CABLE COMMUNICATIONS, AND AOL LLC ( Docket No 15 )

---

THE COURT having reviewed Plaintiff Dr. Tania Orzynski's Motion for Order Authorizing Discovery From Qwest Communications Corporation ("Qwest"), Comcast Cable Communications IP Services ("Comcast"), and AOL LLC ("AOL"), and being fully advised in the premises:

**THE COURT HEREBY ORDERS** that the motion is Granted And

Plaintiff is authorized to issue a subpoena *duces tecum* containing the following request for documents:

> Please produce all customer or subscriber account information for all accounts relating to the following Internet protocol (IP) addresses and pertinent Internet session dates and times: [Dr. Orzynski would provide the IP address, event time, session ID, screen name and service name that AOL produced to Dr. Orzynski]
>
> In responding to this request, please produce, for each such account, documents identifying the subscriber's:
>
> (a) name;
>
> (b) address;
>
> (c) local and long-distance toll billing records;

2339070.02

(d) records/IP logs of sessions to include dates, times and durations of each activity;

(e) length of service (including start dates) and types of services utilized;

(f) telephone or instrument number or other subscriber number or identity, including any temporarily assigned network addresses such as an Internet Protocol Address; and

(g) means and source of payment for such services (including any credit card or bank account number).

If any or all of the foregoing documents are maintained in electronic form, please produce them both in paper form and on a 3.5-inch IBM formatted floppy disk or CD/DVD.

Qwest, Comcast and AOL are ordered to preserve the documents responsive to the subpoena *duces tecum* until such time as the Court rules on any objection make by either Qwest, Comcast or AOL to the subpoena *duces tecum*.

Dated this 25?? day of July, 2008.

~~United States Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2